## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NEW YORK

In re: ROLET FOOD PRODUCTS COMPANY INC  § Case No. 1-07-40597-CEC
§
ROLET FOOD COMPANY INC  §
Debtor(s)  §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

GREGORY MESSER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $0.00                Assets Exempt: $0.00

Total Distribution to Claimants: $12,314.10     Claims Discharged
                                                Without Payment: $5,788,779.20

Total Expenses of Administration: $202,840.83

3) Total gross receipts of $ 215,154.93 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $215,154.93 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $7,245.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 282,323.13 | 202,840.83 | 202,840.83 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 516,122.91 | 76,751.15 | 12,314.10 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 2,019,829.07 | 3,804,259.65 | 3,704,513.08 | 0.00 |
| **TOTAL DISBURSEMENTS** | $2,019,829.07 | $4,609,950.69 | $3,984,105.06 | $215,154.93 |

     4) This case was originally filed under Chapter 7 on February 06, 2007.
. The case was pending for 38 months.

     5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

     6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/18/2010      By: /s/GREGORY MESSER
                                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| PROCEEDS OF AUCTION SALE | 1229-000 | 112,723.00 |
| TASTE NATURE, DOUG CHU ET AL ADV.PROC. | 1241-000 | 100,000.00 |
| Interest Income | 1270-000 | 2,431.93 |
| **TOTAL GROSS RECEIPTS** | | **$215,154.93** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | N/A | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Cavendish Farms, Inc. | 4110-000 | N/A | 7,245.00 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | **$0.00** | **$7,245.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (9/1/2009)**

## EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GREGORY MESSER | 2100-000 | N/A | 14,003.92 | 14,003.92 | 14,003.92 |
| GREGORY MESSER | 2200-000 | N/A | 115.40 | 115.40 | 115.40 |
| CLERK | 2700-000 | N/A | 250.00 | 250.00 | 250.00 |
| NYS CORPORATION TAX | 2820-000 | N/A | 80.00 | 80.00 | 80.00 |
| NYC DEPARTMENT OF TAXATION | 2820-000 | N/A | 300.00 | 300.00 | 300.00 |
| LAMONICA HERBST & MANISCALCO, LLP | 3210-000 | N/A | 93,953.00 | 70,929.72 | 70,929.72 |
| LAMONICA HERBST & MANISCALCO, LLP | 3220-000 | N/A | 6,570.28 | 6,570.28 | 6,570.28 |
| LEONARD HARRIS, CPA | 3410-000 | N/A | 42,200.00 | 32,341.81 | 32,341.81 |
| LEONARD HARRIS, CPA | 3420-000 | N/A | 158.19 | 158.19 | 158.19 |
| DAVID R. MALTZ | 3610-000 | N/A | 9,008.92 | 9,008.92 | 9,008.92 |
| DAVID R. MALTZ | 3620-000 | N/A | 7,049.80 | 7,049.80 | 7,049.80 |
| Hartford Fire Insurance Company | 2990-000 | N/A | 2,687.24 | 2,687.24 | 2,687.24 |
| Mark Turetsky | 2990-000 | N/A | 53,745.40 | 50,000.00 | 50,000.00 |
| Lewis Flushing Corp. | 2990-000 | N/A | 50,355.43 | 7,500.00 | 7,500.00 |
| ON TIME REPORTING, INC. | 2990-000 | N/A | 450.30 | 450.30 | 450.30 |
| GREGORY MESSER, TRUSTEE | 2300-000 | N/A | 78.60 | 78.60 | 78.60 |
| SOUTH SHORE RECORDS MANAGEMENT | 2410-000 | N/A | 48.88 | 48.88 | 48.88 |
| SOUTH SHORE RECORDS MANAGEMENT | 2410-000 | N/A | 97.76 | 97.76 | 97.76 |
| SOUTH SHORE RECORDS MANAGEMENT | 2410-000 | N/A | 146.64 | 146.64 | 146.64 |
| SOUTH SHORE RECORDS MANAGEMENT | 2410-000 | N/A | 48.88 | 48.88 | 48.88 |
| SOUTH SHORE RECORDS MANAGEMENT | 2410-000 | N/A | 48.88 | 48.88 | 48.88 |
| GREGORY MESSER, TRUSTEE | 2300-000 | N/A | 86.68 | 86.68 | 86.68 |
| SOUTH SHORE RECORDS MANAGEMENT | 2410-000 | N/A | 116.77 | 116.77 | 116.77 |
| SOUTH SHORE RECORDS MANAGEMENT | 2410-000 | N/A | 48.88 | 48.88 | 48.88 |
| NYS CORPORATION TAX | 2820-000 | N/A | 80.00 | 80.00 | 80.00 |
| NYC DEPARTMENT OF FINANCE | 2820-000 | N/A | 300.00 | 300.00 | 300.00 |

**UST Form 101-7-TDR (9/1/2009)**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| SOUTH SHORE RECORDS MANAGEMENT | 2410-000 | N/A | 48.88 | 48.88 | 48.88 |
| SOUTH SHORE RECORDS MANAGEMENT | 2410-000 | N/A | 146.64 | 146.64 | 146.64 |
| SOUTH SHORE RECORDS MANAGEMENT | 2410-000 | N/A | 48.88 | 48.88 | 48.88 |
| SOUTH SHORE RECORDS MANAGEMENT | 2410-000 | N/A | 48.88 | 48.88 | 48.88 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 282,323.13 | 202,840.83 | 202,840.83 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Mark Turetsky | 5800-000 | N/A | 11,780.55 | 0.00 | 0.00 |
| Mark Turetsky | 5800-000 | N/A | 11,531.95 | 0.00 | 0.00 |
| E.K. Bare & Sons, Inc. | 5800-000 | N/A | 301,227.34 | 0.00 | 0.00 |
| Charles Littman | 5300-000 | N/A | 10,000.00 | 0.00 | 0.00 |
| Bakery etc Local 102 Walfare | 5800-000 | N/A | 153,700.00 | 50,000.00 | 7,792.78 |
| Bakery etc. Local 102 Pension | 5800-000 | N/A | 26,331.15 | 26,331.15 | 4,103.85 |
| NYS Department of Taxation & Finance | 5800-000 | N/A | 3.00 | 3.00 | 0.47 |
| NYS Department of Taxation & Finance | 5800-000 | N/A | 1,131.92 | 0.00 | 0.00 |
| NEW YORK STATE CORPORATION TAX | 5800-000 | N/A | 117.00 | 117.00 | 117.00 |
| NYC DEPARTMENT OF TAXATION & FINANCE | 5800-000 | N/A | 300.00 | 300.00 | 300.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | 0.00 | 516,122.91 | 76,751.15 | 12,314.10 |

**UST Form 101-7-TDR (9/1/2009)**

## EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Natgasco Inc | 7100-000 | N/A | 68,179.63 | 68,179.63 | 0.00 |
| Roadway Express Inc | 7100-000 | N/A | 5,535.76 | 5,535.76 | 0.00 |
| Consolidated Edison Company of NY, Inc. | 7100-000 | N/A | 14,869.50 | 0.00 | 0.00 |
| G.C.G. Risk Management Inc. | 7100-000 | N/A | 4,009.61 | 4,009.61 | 0.00 |
| Kashruth & Religious | 7100-000 | N/A | 900.00 | 900.00 | 0.00 |
| New Penn Motor Express | 7100-000 | N/A | 6,453.82 | 6,453.82 | 0.00 |
| Avaya Inc | 7100-000 | N/A | 160.61 | 160.61 | 0.00 |
| Leng-D'or | 7100-000 | N/A | 39,864.20 | 39,864.20 | 0.00 |
| Mendon Leasing Corp | 7100-000 | N/A | 86,646.63 | 86,646.63 | 0.00 |
| Valley Industrial Product | 7100-000 | N/A | 1,532.17 | 1,532.17 | 0.00 |
| Knauss Snack Food Co. | 7100-000 | N/A | 177,017.87 | 177,017.87 | 0.00 |
| Uline | 7100-000 | N/A | 1,047.04 | 1,047.04 | 0.00 |
| City Stamp Works Inc. | 7100-000 | N/A | 5,820.00 | 5,820.00 | 0.00 |
| Hartsville Oil Mill | 7100-000 | N/A | 41,857.48 | 41,857.48 | 0.00 |
| CBS Food Products Corp. | 7100-000 | N/A | 20,235.00 | 20,235.00 | 0.00 |
| Northern Expediting Corp. | 7100-000 | N/A | 3,312.50 | 3,312.50 | 0.00 |
| Northern Expediting Corp. | 7100-000 | N/A | 4,743.75 | 4,743.75 | 0.00 |
| Northern Expediting Corp. | 7100-000 | N/A | 3,162.50 | 3,162.50 | 0.00 |
| Arma Container Corp | 7100-000 | N/A | 128,258.57 | 128,258.57 | 0.00 |
| Southern Imperial Inc | 7100-000 | N/A | 8,069.41 | 8,069.41 | 0.00 |
| Cargill Inc. | 7100-000 | N/A | 72,890.61 | 72,890.61 | 0.00 |
| Deibel Laboratories | 7100-000 | N/A | 96.00 | 96.00 | 0.00 |
| Department of the Treasury - | 7100-000 | N/A | 19,373.11 | 0.00 | 0.00 |
| Kliklok Corp. | 7100-000 | N/A | 10,274.30 | 10,274.30 | 0.00 |
| Hillard Corp. | 7100-000 | N/A | 1,593.40 | 1,593.40 | 0.00 |
| Ward Trucking | 7100-000 | N/A | 1,505.17 | 1,505.17 | 0.00 |

**UST Form 101-7-TDR (9/1/2009)**

| Creditor | Code | | Amount Claimed | Amount Allowed | Paid to Date |
|---|---|---|---:|---:|---:|
| W.W. Grainger, Inc. | 7100-000 | N/A | 470.83 | 470.83 | 0.00 |
| Fleetcor Technologies | 7100-000 | N/A | 1,281.75 | 1,281.75 | 0.00 |
| Quill Corp. | 7100-000 | N/A | 1,078.32 | 1,078.32 | 0.00 |
| Hartford Fire Insurance Company | 7100-000 | N/A | 5,205.69 | 5,205.69 | 0.00 |
| Clearoll Poly Film Co. Inc. | 7100-000 | N/A | 1,487.50 | 1,487.50 | 0.00 |
| Sonoco Products Company | 7100-000 | N/A | 55,108.34 | 55,108.34 | 0.00 |
| Old Dominion Freight Line, Inc. | 7100-000 | N/A | 2,090.44 | 2,090.44 | 0.00 |
| Landa Machine Corp. | 7100-000 | N/A | 315.00 | 315.00 | 0.00 |
| Mark Turetsky | 7100-000 | N/A | 131,682.64 | 131,682.64 | 0.00 |
| Forem Associates | 7100-000 | N/A | 106,201.95 | 106,201.95 | 0.00 |
| Verizon | 7100-000 | N/A | 2,263.15 | 2,263.15 | 0.00 |
| Mark Turetsky | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| Guardian Life Insurance | 7100-000 | N/A | 220.70 | 220.70 | 0.00 |
| Direct Shippers Assoc. Inc. | 7100-000 | N/A | 7,424.25 | 7,424.25 | 0.00 |
| Strategic Energy | 7100-000 | N/A | 103,881.65 | 103,881.65 | 0.00 |
| Jevic | 7100-000 | N/A | 589.86 | 589.86 | 0.00 |
| Charles Littman | 7100-000 | N/A | 151,000.00 | 151,000.00 | 0.00 |
| Presco Food Seasonings | 7100-000 | N/A | 6,560.00 | 6,560.00 | 0.00 |
| Ultra Flex Packaging Corp. | 7100-000 | N/A | 89,887.54 | 89,887.54 | 0.00 |
| Taste of Nature, Inc. | 7100-000 | N/A | 165,348.00 | 165,348.00 | 0.00 |
| The Bryce Company/Cyber Graphics | 7100-000 | N/A | 599,510.76 | 599,510.76 | 0.00 |
| ARAMARK Uniform & Career Apparel, Inc. | 7100-000 | N/A | 26,256.43 | 26,256.43 | 0.00 |
| Valley Industrial Product | 7100-000 | N/A | 1,532.17 | 1,532.17 | 0.00 |
| Old Dominion Freight Line | 7100-000 | N/A | 2,090.44 | 2,090.44 | 0.00 |
| Local 102 Bakery etc. Union | 7100-000 | N/A | 925.00 | 925.00 | 0.00 |
| Bakery etc. Local 102 Pension | 7100-000 | N/A | 1,022,268.00 | 1,022,268.00 | 0.00 |
| Filco Cartin Corp. | 7100-000 | N/A | 3,819.79 | 3,819.79 | 0.00 |
| CBS Food Products Corp. | 7100-000 | N/A | 20,235.00 | 20,235.00 | 0.00 |
| The Brooklyn Union Gas Company | 7100-000 | N/A | 4,078.14 | 4,078.14 | 0.00 |
| American Security Systems | 7100-000 | N/A | 2,969.16 | 2,969.16 | 0.00 |

**UST Form 101-7-TDR (9/1/2009)**

| Creditor | Code | | Amount | Amount | |
|---|---|---|---|---|---|
| Deibel Laboratories | 7100-000 | N/A | 136.00 | 136.00 | 0.00 |
| Dalziel/White Assoc. Inc. | 7100-000 | N/A | 787.50 | 787.50 | 0.00 |
| City of New York | 7100-000 | N/A | 255,200.00 | 255,200.00 | 0.00 |
| Elite Express | 7100-000 | N/A | 46,685.60 | 46,685.60 | 0.00 |
| Internal Revenue Service | 7100-000 | N/A | 39,476.21 | 0.00 | 0.00 |
| Encore Poly Corp. | 7100-000 | N/A | 9,253.25 | 9,253.25 | 0.00 |
| Lewis Flushing Corp | 7100-000 | N/A | 9,906.75 | 0.00 | 0.00 |
| Dell Financial Services, L.P. | 7100-000 | N/A | 2,509.55 | 2,509.55 | 0.00 |
| Lewis Flushing Corp | 7100-000 | N/A | 34,991.25 | 34,991.25 | 0.00 |
| Direct Shippers Assoc. Inc. | 7100-000 | N/A | 6,581.25 | 6,581.25 | 0.00 |
| Stuyvesant Energy LLC | 7100-000 | N/A | 119,669.28 | 119,669.28 | 0.00 |
| Cavendish Farms, Inc. | 7200-000 | N/A | 7,245.00 | 0.00 | 0.00 |
| Marken Corporation | 7200-000 | N/A | 2,239.14 | 2,239.14 | 0.00 |
| Cavendish Farms, Inc. | 7100-000 | N/A | 7,245.00 | 7,245.00 | 0.00 |
| Taste of Nature, Inc. | 7200-000 | N/A | 8,876.00 | 0.00 | 0.00 |
| Consolidated Edison Company of New York, Inc. | 7100-000 | N/A | 10,194.37 | 10,194.37 | 0.00 |
| NYS Department of Taxation & Finance | 7100-000 | N/A | 72.36 | 72.36 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | 7100-000 | 2,019,829.07 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | 2,019,829.07 | 3,804,259.65 | 3,704,513.08 | 0.00 |

**UST Form 101-7-TDR (9/1/2009)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 1-07-40597-CEC  **Trustee:** (520670) GREGORY MESSER
**Case Name:** ROLET FOOD PRODUCTS COMPANY INC  **Filed (f) or Converted (c):** 02/06/07 (f)
  **§341(a) Meeting Date:** 05/09/07
**Period Ending:** 03/18/10  **Claims Bar Date:** 11/01/07

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | PROCEEDS OF AUCTION SALE (u) | 112,723.00 | 112,723.00 | | 112,723.00 | FA |
| 2 | TASTE NATURE, DOUG CHU ET AL ADV.PROC. (u) | 100,000.00 | 100,000.00 | | 100,000.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 2,431.93 | FA |
| 3 | Assets  Totals (Excluding unknown values) | **$212,723.00** | **$212,723.00** | | **$215,154.93** | **$0.00** |

**Major Activities Affecting Case Closing:**

FINAL DISTRIBUTION DONE 11/20/2009.

**Initial Projected Date Of Final Report (TFR):**  March 1, 2010  **Current Projected Date Of Final Report (TFR):**  September 18, 2009 (Actual)

Exhibit 9

Page: 1

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 1-07-40597-CEC  
**Case Name:** ROLET FOOD PRODUCTS COMPANY INC

**Trustee:** GREGORY MESSER (520670)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****00-65 - Money Market Account

**Taxpayer ID #:** 11-2235745  
**Blanket Bond:** $62,256,000.00 (per case limit)  
**Period Ending:** 03/18/10  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 05/31/07 | {1} | DAVID R. MALTZ & CO., INC. | SALE PROCEEDS | 1229-000 | 103,523.00 | | 103,523.00 |
| 06/25/07 | {1} | DAVID R. MALTZ & CO. | BALANCE OF SALE PROCEEDS | 1229-000 | 9,200.00 | | 112,723.00 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 2.4800% | 1270-000 | 184.74 | | 112,907.74 |
| 07/30/07 | 1001 | DAVID MALTZ & CO | AUCTIONEER COMMISSIONS AND EXPENSES | | | 16,058.72 | 96,849.02 |
| | | | 9,008.92 | 3610-000 | | | 96,849.02 |
| | | | 7,049.80 | 3620-000 | | | 96,849.02 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 2.4800% | 1270-000 | 245.47 | | 97,094.49 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 2.4800% | 1270-000 | 212.13 | | 97,306.62 |
| 09/07/07 | 1002 | ON TIME REPORTING, INC. | TRANSCRIPT OF 341a MEETING. | 2990-000 | | 450.30 | 96,856.32 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 2.4800% | 1270-000 | 184.61 | | 97,040.93 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 2.4800% | 1270-000 | 217.56 | | 97,258.49 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 2.1100% | 1270-000 | 184.42 | | 97,442.91 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 2.1100% | 1270-000 | 174.59 | | 97,617.50 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.3000% | 1270-000 | 153.84 | | 97,771.34 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.1100% | 1270-000 | 86.22 | | 97,857.56 |
| 03/20/08 | 1003 | GREGORY MESSER, TRUSTEE | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/01/2008 FOR CASE #107-40597, Bond No. 016027942 | 2300-000 | | 78.60 | 97,778.96 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7400% | 1270-000 | 78.35 | | 97,857.31 |
| 04/10/08 | 1004 | NEW YORK STATE CORPORATION TAX | CT-5 2007 EIN # 11-1509879 | 5800-000 | | 117.00 | 97,740.31 |
| 04/10/08 | 1005 | NYC DEPARTMENT OF TAXATION & FINANCE | NYC 6-2007 11-1509879 | 5800-000 | | 300.00 | 97,440.31 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest Earned at 0.74000 % | 1270-000 | 59.43 | | 97,499.74 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7500% | 1270-000 | 57.49 | | 97,557.23 |
| 06/19/08 | 1006 | SOUTH SHORE RECORDS MANAGEMENT | STORAGE OF BOOKS AND RECORDS INV. 0024784 | 2410-000 | | 48.88 | 97,508.35 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7500% | 1270-000 | 62.11 | | 97,570.46 |
| 07/08/08 | 1007 | SOUTH SHORE RECORDS MANAGEMENT | INV NOS. 25026 25271 STORAGE OF BOOKS AND RECORDS | 2410-000 | | 97.76 | 97,472.70 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7500% | 1270-000 | 62.09 | | 97,534.79 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7500% | 1270-000 | 58.09 | | 97,592.88 |
| 09/26/08 | 1008 | SOUTH SHORE RECORDS MANAGEMENT | STORAGE OF BOOKS AND RECORDS - JULY, AUG, SEPT RENT | 2410-000 | | 146.64 | 97,446.24 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7500% | 1270-000 | 64.14 | | 97,510.38 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 53.27 | | 97,563.65 |
| 11/13/08 | 1009 | SOUTH SHORE RECORDS | ACCT 087 STORAGE OF BOOKS AND | 2410-000 | | 48.88 | 97,514.77 |
| | | | Subtotals : | | $114,861.55 | $17,346.78 | |

{} Asset reference(s)

Exhibit 9

Page: 2

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 1-07-40597-CEC  
**Case Name:** ROLET FOOD PRODUCTS COMPANY INC

**Trustee:** GREGORY MESSER (520670)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** \*\*\*-\*\*\*\*\*00-65 - Money Market Account  

**Taxpayer ID #:** 11-2235745  
**Blanket Bond:** $62,256,000.00 (per case limit)  
**Period Ending:** 03/18/10  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | MANAGEMENT | RECORDS | | | | |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.4000% | 1270-000 | 35.25 | | 97,550.02 |
| 12/09/08 | 1010 | SOUTH SHORE RECORDS MANAGEMENT | STORAGE OF BOOKS AND RECORDS | 2410-000 | | 48.88 | 97,501.14 |
| 12/30/08 | 1011 | GREGORY MESSER, TRUSTEE | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/30/2008 FOR CASE #107-40597, Bond No. 016027942 | 2300-000 | | 86.68 | 97,414.46 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2000% | 1270-000 | 27.22 | | 97,441.68 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2000% | 1270-000 | 15.99 | | 97,457.67 |
| 02/20/09 | 1012 | SOUTH SHORE RECORDS MANAGEMENT | STORAGE OF BOOKS AND RECORDS | 2410-000 | | 116.77 | 97,340.90 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2000% | 1270-000 | 14.92 | | 97,355.82 |
| 03/11/09 | | To Account #\*\*\*\*\*\*\*\*0066 | TRANSFER OF FUNDS | 9999-000 | | 80.00 | 97,275.82 |
| 03/11/09 | | To Account #\*\*\*\*\*\*\*\*0066 | TRANSFER OF FUNDS | 9999-000 | | 300.00 | 96,975.82 |
| 03/11/09 | 1013 | SOUTH SHORE RECORDS MANAGEMENT | STORAGE OF BOOKS AND RECORDS | 2410-000 | | 48.88 | 96,926.94 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2000% | 1270-000 | 17.01 | | 96,943.95 |
| 04/06/09 | 1014 | SOUTH SHORE RECORDS MANAGEMENT | INVOICE NO. 0027527 | 2410-000 | | 48.88 | 96,895.07 |
| 04/24/09 | 1015 | MARK TURETSKY | PURSUANT TO STIPULATION DATED 4/17/09. | 2990-000 | | 25,000.00 | 71,895.07 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2000% | 1270-000 | 15.90 | | 71,910.97 |
| 05/06/09 | {2} | TASTE OF NATURE, INC | SETTLEMENT OF DOUGLAS CHU | 1241-000 | 25,000.00 | | 96,910.97 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2000% | 1270-000 | 15.23 | | 96,926.20 |
| 05/29/09 | 1016 | LEWIS FLUSHING CORP. | ADMIN RENT PURSUANT TO ORDER DATED 5/26/09. | 2990-000 | | 7,500.00 | 89,426.20 |
| 06/17/09 | {2} | TASTE OF NATURE | SETTLEMENT | 1241-000 | 75,000.00 | | 164,426.20 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2000% | 1270-000 | 19.50 | | 164,445.70 |
| 07/08/09 | 1017 | SOUTH SHORE RECORDS MANAGEMENT | STORAGE OF BOOKS AND RECORDS | 2410-000 | | 146.64 | 164,299.06 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2000% | 1270-000 | 27.87 | | 164,326.93 |
| 08/18/09 | 1018 | SOUTH SHORE RECORDS MANAGEMENT | STORAGE OF BOOKS AND RECORDS ACCOUNT NO. 087 | 2410-000 | | 48.88 | 164,278.05 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2000% | 1270-000 | 27.86 | | 164,305.91 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2000% | 1270-000 | 26.96 | | 164,332.87 |
| 10/20/09 | 1019 | SOUTH SHORE RECORDS MANAGEMENT | INVOICE 0028965 ACCT 087 | 2410-000 | | 48.88 | 164,283.99 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 29.44 | | 164,313.43 |

Subtotals : $100,273.15  $33,474.49

{} Asset reference(s)

Exhibit 9

Page: 3

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 1-07-40597-CEC  
**Case Name:** ROLET FOOD PRODUCTS COMPANY INC  

**Taxpayer ID #:** 11-2235745  
**Period Ending:** 03/18/10  

**Trustee:** GREGORY MESSER (520670)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****00-65 - Money Market Account  
**Blanket Bond:** $62,256,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/18/09 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.2500% | 1270-000 | 20.23 | | 164,333.66 |
| 11/18/09 | | To Account #********0066 | TRANSFER OF FUNDS | 9999-000 | | 164,333.66 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 215,154.93 | 215,154.93 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 164,713.66 | |
| | | | **Subtotal** | | 215,154.93 | 50,441.27 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$215,154.93** | **$50,441.27** | |

{} Asset reference(s)

Exhibit 9
Page: 4

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 1-07-40597-CEC  
**Case Name:** ROLET FOOD PRODUCTS COMPANY INC  

**Trustee:** GREGORY MESSER (520670)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****00-66 - Checking Account  

**Taxpayer ID #:** 11-2235745  
**Period Ending:** 03/18/10  

**Blanket Bond:** $62,256,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 03/11/09 | | From Account #********0065 | TRANSFER OF FUNDS | 9999-000 | 80.00 | | 80.00 |
| 03/11/09 | | From Account #********0065 | TRANSFER OF FUNDS | 9999-000 | 300.00 | | 380.00 |
| 03/11/09 | 101 | NYS CORPORATION TAX | CT-5-2008 11-1509879 | 2820-000 | | 80.00 | 300.00 |
| 03/11/09 | 102 | NYC DEPARTMENT OF FINANCE | NYC-EXT-2008 11-1509879 | 2820-000 | | 300.00 | 0.00 |
| 11/18/09 | | From Account #********0065 | TRANSFER OF FUNDS | 9999-000 | 164,333.66 | | 164,333.66 |
| 11/20/09 | 103 | LAMONICA HERBST & MANISCALCO, LLP | Dividend paid 100.00% on $70,929.72, Attorney for Trustee Fees (Other Firm); Reference: | 3210-000 | | 70,929.72 | 93,403.94 |
| 11/20/09 | 104 | LAMONICA HERBST & MANISCALCO, LLP | Dividend paid 100.00% on $6,570.28, Attorney for Trustee Expenses (Other Firm); Reference: | 3220-000 | | 6,570.28 | 86,833.66 |
| 11/20/09 | 105 | LEONARD HARRIS, CPA | Dividend paid 100.00% on $32,341.81, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 32,341.81 | 54,491.85 |
| 11/20/09 | 106 | LEONARD HARRIS, CPA | Dividend paid 100.00% on $158.19, Accountant for Trustee Expenses (Other Firm); Reference: | 3420-000 | | 158.19 | 54,333.66 |
| 11/20/09 | 107 | CLERK | Dividend paid 100.00% on $250.00, Clerk of the Court Costs (includes adversary and other filing fees); Reference: | 2700-000 | | 250.00 | 54,083.66 |
| 11/20/09 | 108 | NYS CORPORATION TAX | Dividend paid 100.00% on $80.00, Other State or Local Taxes (post-petition, incl. post-petition real est. taxes); Reference: | 2820-000 | | 80.00 | 54,003.66 |
| 11/20/09 | 109 | NYC DEPARTMENT OF TAXATION | Dividend paid 100.00% on $300.00, Other State or Local Taxes (post-petition, incl. post-petition real est. taxes); Reference: | 2820-000 | | 300.00 | 53,703.66 |
| 11/20/09 | 110 | Hartford Fire Insurance Company | Dividend paid 100.00% on $2,687.24, Other Chapter 7 Administrative Expenses; Reference: | 2990-000 | | 2,687.24 | 51,016.42 |
| 11/20/09 | 111 | Mark Turetsky | Dividend paid 100.00% on $50,000.00, Other Chapter 7 Administrative Expenses; Reference: | 2990-000 | | 25,000.00 | 26,016.42 |
| 11/20/09 | 112 | Bakery etc Local 102 Walfare | Final Distribution Dividend paid 15.58% on $50,000.00; Claim# 56; Filed: $153,700.00 | 5800-000 | | 7,792.78 | 18,223.64 |
| 11/20/09 | 113 | Bakery etc. Local 102 Pension | Final Distribution Dividend paid 15.58% on $26,331.15; Claim# 58; Filed: $26,331.15 | 5800-000 | | 4,103.85 | 14,119.79 |
| 11/20/09 | 114 | NYS Department of Taxation & Finance | Final Distribution Dividend paid 15.58% on $3.00; Claim# 82P; Filed: $3.00 | 5800-000 | | 0.47 | 14,119.32 |
| 11/20/09 | 115 | GREGORY MESSER | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 14,119.32 | 0.00 |

Subtotals: $164,713.66  $164,713.66

{} Asset reference(s)

Exhibit 9

Page: 5

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 1-07-40597-CEC  
**Case Name:** ROLET FOOD PRODUCTS COMPANY INC

**Taxpayer ID #:** 11-2235745  
**Period Ending:** 03/18/10

**Trustee:** GREGORY MESSER (520670)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****00-66 - Checking Account  
**Blanket Bond:** $62,256,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Dividend paid 100.00% 14,003.92 on $14,003.92; Claim# ; Filed: $14,003.92 | 2100-000 | | | 0.00 |
| | | | Dividend paid 100.00% 115.40 on $115.40; Claim# ; Filed: $115.40 | 2200-000 | | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 164,713.66 | 164,713.66 | $0.00 |
| | | | Less: Bank Transfers | | 164,713.66 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 164,713.66 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$164,713.66** | |

{} Asset reference(s)

Exhibit 9

Page: 6

# Form 2

## Cash Receipts And Disbursements Record

**Case Number:** 1-07-40597-CEC  
**Case Name:** ROLET FOOD PRODUCTS COMPANY INC

**Taxpayer ID #:** 11-2235745  
**Period Ending:** 03/18/10

**Trustee:** GREGORY MESSER (520670)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****00-67 - Money Market Account  
**Blanket Bond:** $62,256,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | | | | | |
| | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # ***-*****00-65** | 215,154.93 | 50,441.27 | 0.00 |
| **Checking # ***-*****00-66** | 0.00 | 164,713.66 | 0.00 |
| **MMA # ***-*****00-67** | 0.00 | 0.00 | 0.00 |
| | $215,154.93 | $215,154.93 | $0.00 |

{} Asset reference(s)